UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Leah Marie French,

    Plaintiff,

v.                                                     Case No. 15-12687

Commissioner of Social Security,        Honorable Sean F. Cox
                                                        Magistrate Judge Patricia T. Morris

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a social security appeal. On July 31, 2015, Plaintiff Leah Marie French filed her Complaint against the Commissioner of Social Security, appealing an Administrative Law Judge's denial of her application for disability insurance and supplemental security income benefits. (Doc. #1).

The parties filed cross-motions for summary judgment. (Pl. Mo., Doc. #13; Def.'s Mo., Doc. #16). The motions were ultimately referred to Magistrate Judge Patricia T. Morris for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(A), (B), and (C). (Doc. #3).

On June 30, 2016, Magistrate Judge Morris issued a Report and Recommendation ("R&R") wherein she recommended that this Court DENY Plaintiff's Motion for Summary Judgment, GRANT Defendant's Motion for Summary Judgment, and AFFIRM the Commissioner's denial of benefits. (R&R, Doc. #18).

Pursuant to Civil Rule 72, a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with

a copy of the R&R. Fed. R. Civ. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ADOPTS the June 30, 2016 R&R.

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. #13) is **DENIED**, Defendant's Motion for Summary Judgment (Doc. #16) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                      S/Sean F. Cox
                      Sean F. Cox
                      United States District Judge

Dated: July 21, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 21, 2016, by electronic and/or ordinary mail.

                      S/Jennifer McCoy
                      Case Manager